**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PRIME TRADING SA,

                        Petitioner,

    -against-                                      25 **CIVIL** 1010 (LLS)

## JUDGMENT

AYHAN SEZER YAG VE GIDA
END TIC LTD STI,

                        Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated May 16, 2025, the Court confirms and enforces the Final Award rendered against Ayhan Sezer Yag Ve Gida End Tic Ltd Sti. Judgment is therefore entered in the amount of $1,003,562.42, plus interest, cost and expenses.

**Dated:**  New York, New York

       May 19, 2025

                                                        **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                       **BY:**

                                                        **Deputy Clerk**